UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-cr-01321-BTM |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE |
| ) | MOTION HEARING/ TRIAL SETTING |
| v. ) | DATE |
| ) | |
| **BALTAZAR PALOMARES-MARTINEZ**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the presently scheduled hearing before the Honorable Barry T. Moskowitz for July 6, 2007 at 1:30 p.m. be continued to July 27, 2007, at 1:30 p.m. Mr. Palomares is in custody and both parties have filed motions. The court finds that time is excludable under the Speedy Trial Act.

DATED: July 5, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge